UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **HOLLYBROOK COTTONSEED PROCESSING, LLC** | **CIVIL ACTION NO. 09-0750** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CARVER, INC., ET AL.** | **MAG. JUDGE JAMES D. KIRK** |

### ORDER

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that the "Motion for Statutory Penalties and Attorney Fees Pursuant to La. R.S. 22:1892(A)(4)" [Doc. No. 649] filed by Plaintiff Hollybrook Cottonseed Processing, LLC, is DENIED.

MONROE, LOUISIANA, this 31st day of July, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE